(No. 77-CC-0566– )

ROBERT LEE ECHOLS, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed February 4, 1980.*

PER CURIAM.

We have reviewed the entire record before us.

Claimant has proceeded sufficiently to substantiate his claim without adequate objection by Respondent.

Award is made in the sum of $166.00 to Claimant.